No. 03–8040.  MOLINA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–8044.  VAZQUEZ-GARCIA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–8050.  MENDEZ-VILLA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8053.  MANN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–8057.  RODRIGUEZ-VARGAS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–8058.  ROSS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8059.  RODRIGUEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8062.  JOSEPH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–8069.  CAPOZZI v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–8070.  CARDENAS v. UNITED STATES (Reported below: 76 Fed. Appx. 562); PALMA-GUILLEN v. UNITED STATES (75 Fed. Appx. 940); REYES-JAIMEZ v. UNITED STATES (78 Fed. Appx. 397); MONTUFAR-GOICOCHEA v. UNITED STATES (78 Fed. Appx. 436); GARCIA-GUZMAN v. UNITED STATES (79 Fed. Appx. 627); ESPINAL v. UNITED STATES (79 Fed. Appx. 631); FLORES-DAMIAN v. UNITED STATES (79 Fed. Appx. 616); DE JESUS PERDOMO-MARTINEZ v. UNITED STATES (79 Fed. Appx. 621); DUARTE-MARTINEZ v. UNITED STATES (79 Fed. Appx. 622); OYEVIDES-JIMENEZ v. UNITED STATES (79 Fed. Appx. 623); and REYES-RODRIGUEZ v. UNITED STATES (79 Fed. Appx. 624).  C. A. 5th Cir.  Certiorari denied.

No. 03–8071.  CARTER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8072.  VEGA v. UNITED STATES; and BARGAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 80 Fed. Appx. 912 (second judgment).